# Exhibit A

Rec'd by CDO on November 12, 2024

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2025-01478 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.): Ms. Anastasia G. Malhotra
**Home Phone** (Incl. Area Code):
**Date of Birth**:

Street Address | City, State and ZIP Code | Email Address

Street Address: c/o Mohammed O. Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148  (mbadwan@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: The Lambs Farm, Inc.
**No. Employees, Members**: 15+
**Phone No.**: (847) 362-4636
**Street Address**: 14245 W ROCKLAND RD
**City, State and ZIP Code**: LIBERTYVILLE, IL 60048-9713
**Email Address**: julie@taskforcehr.com

**No. Employees, Members**: 15+

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 3/2024   Latest: 10/23/2024
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Anastasia G. Malhotra (female) was employed by The Lambs Farm, Inc. as a Residential Manager in or around September 2023 until I was unlawfully terminated on or around October 23, 2024, on the basis of my sex (female) and my pregnancy.

The following is a non-exhaustive list of the sex and pregnancy discrimination and retaliation I was subjected to:

In or around March 2024, while working as a manager at The Lambs Farm, Inc., I was expected to fill vacant shifts whenever other employees were unavailable. This responsibility forced me to work 14-15 consecutive days without a break. When I expressed concerns about the demanding workload, I met with my supervisor, who questioned my ability to manage the role due to my pregnancy and the impending responsibilities of being a new mother.

In or around April 2024, my direct supervisor, Chris Woods (Associate Director of Residential, non-pregnant), began speaking to me about my job changing. She would allude to the fact that my job would be different after I returned from maternity leave. She would frequently tell me, "Oh, your job is going to be changing," and "We're restructuring residential."  When I received no new job description or further details, I became concerned that my employment was at risk and began asking for a new job description.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>11 / 11 / 2024         /s/ AM<br>Date         Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Doc ID: d7d3ea239a2a2a70d0a02d233c0a18ceb7724533

Rec'd by CDO on November 12, 2024

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
☐ FEPA
☒ EEOC

Agency(ies) Charge No(s):

__Illinois Department of Human Rights__ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

On or around June 10, 2024, I met with HR Coordinator Jason Shaffer (non-pregnant). I raised concerns about multiple issues, specifically Chris Woods' above discriminatory actions towards me as a pregnant worker along with my issues about the job description and issues with managing coworkers of mine that I needed to manage who were under the influence of Chris Woods' friendship which was creating a hostile work environment for me and making it near impossible for me to manage them effectively.

In or around June 28, 2024, after repeatedly asking for a new job description, my direct supervisor Chris Woods, gave me a new stripped-down job description detailing vague responsibilities. This modified description lacked clarity, and I was left unsure of my exact duties. Additionally, I was expected to complete tasks due that week that I was not trained on. I emailed HR about this and specifically requested a meeting with Michael Diaz (Director of the Department, non-pregnant). HR scheduled a meeting on or around July 9, 2024 with me to go over the job description. Chris made it seem like my entire team was being restructured but I noticed that my duties were heavily changed compared to the minimal changes made with my coworker's jobs.

On or around July 9, 2024, I met with Michael Diaz, Chris Woods, Julie (HR) and Jason Shaffer (HR Coordinator). We went over my job description and I was assured that I was a salaried worker. Chris made it seem like my entire team was being restructured but I noticed that my duties were heavily changed compared to the minimal changes made with my coworker's jobs. A lot of my duties were vague and I was not given much guidance. Additionally, Michael told me that I "should just be lucky that I have a job" when I was trying to express my concerns about my experience. He also told me not to focus on the past. Now my employers are telling me that at this meeting I was told that I was an hourly worker. This discrepancy is not true. Additionally, I was upset that Chris was at this meeting because I specifically requested only to meet with Michael.

In or around August 2024, I filed a discrimination complaint with the EEOC, and I am scheduled for an interview with them in or around April 2025. I did not have legal representation when filing the initial complaint.

On or around August 20, 2024, I commenced my maternity leave. The very next day, my employment status was altered without my knowledge.

Upon returning from maternity leave on or around October 14, 2024, I was informed that I had been reclassified from a salaried to an hourly employee, with HR claiming this change did not affect my overall pay. This change was submitted on or around August 20, 2024, one day after I left on maternity leave. My direct supervisor did not inform me of this change, which I perceived as retaliatory due to my pregnancy and maternity leave.

On or around October 17, 2024, I had a meeting with HR, where I was confronted about alleged performance issues. These concerns specifically referenced incidents that occurred during my pregnancy, prior to my maternity leave. On or around October 18, 2024, I raised my concerns about the classification change and retaliation with the HR department and the CEO. In response, I was informed on or around October 21, 2024, that a follow-up meeting was scheduled, and they mentioned seeking legal counsel.

On or around October 23, 2024, I was terminated from my position. During my termination meeting, the Executive Director, Kathy Bursh (non-pregnant) and an HR Representative stated that I was being let go due to "refusal to clock in and clock out" and "refusal to perform job duties." However, this was baseless as I never refused my job duties and consistently expressed confusion over my new classification and compensation. When I repeatedly asked if I was being terminated, Kathy responded with, "we're done here," and instructed me to collect my things and leave. I am concerned they may alter paperwork to reflect a misleading reason for my termination all because I am pregnant.

Thus, I have been discriminated against on the basis of my sex (female), my pregnancy and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, Pregnancy Discrimination Act of 1978, as amended and (775ILCS 5/) Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11 / 11 / 2024
*Date*

*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: d7d3ea239a2a2a70d0a02d233c0a18ceb7724533

Rec'd by CDO on November 12, 2024

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

__Illinois Department of Human Rights__ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11 / 11 / 2024
*Date*  *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

Doc ID: d7d3ea239a2a2a70d0a02d233c0a18ceb7724533

Rec'd by CDO on November 12, 2024

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Doc ID: d7d3ea239a2a2a70d0a02d233c0a18ceb7724533